**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**KEVIN ARRINDELL,**           **CASE NO.: 1:15-CV-02351-TWT**

           **Plaintiff,**

**vs.**

**TURNING POINT HOMES,**
**INC., A GEORGIA**
**CORPORATION,**

           **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE

Plaintiff, KEVIN ARRINDELL, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby files his Notice of Voluntary Dismissal of the above-styled cause without prejudice as to Defendant.

Respectfully submitted this 30th day of September, 2015.

           **/s/ C. RYAN MORGAN**
           C. Ryan Morgan, Esq.
           Georgia Bar No. 711884
           Morgan & Morgan, P.A.
           20 N. Orange Ave., 14th Floor
           P.O. Box 4979
           Orlando, FL 32802-4979
           Telephone:  (407) 420-1414
           Facsimile:  (407) 245-3401
           Email:    RMorgan@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **TURNING POINTE HOMES, INC., c/o Registered Agent, Naomi Aguey, 3392 Wesley Chapel Rd., Decautr, GA 30034-5112** this 14th day of September, 2015.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq.